Ricardo **VALADEZ–RUIZ**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72834.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 21, 2013.

Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, Ricardo Valadez–Ruiz, pro se, for Petitioner.

Jacob Bashyrov, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ricardo Valadez–Ruiz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We dismiss the petition for review.

We lack jurisdiction to review Valadez–Ruiz's contention that the record of convic-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion is insufficient to establish his removability for an aggravated felony because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

The motion of petitioner's retained counsel, Elsa Ines Martinez, Esq., to withdraw as counsel of record is granted. The Clerk shall enter on the docket petitioner, 1080 Coronado Avenue, Long Beach, CA 90804, as appearing pro se.

**PETITION FOR REVIEW DISMISSED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.